```
 1  STEPHEN D. DEMIK
    California State Bar No. 221167
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5030
    Telephone No. (619) 234-8467
 4  Email: Stephen_Demik@fd.org

 5  Attorneys for Mr. Battaglia
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ1390 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MATTHEW BATTAGLIA, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: May 12, 2008         /s/ *STEPHEN D. DEMIK*
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

 Courtesy Copy to Chambers

 Copy to Assistant U.S. Attorney via ECF NEF

 Copy to Defendant

Dated: May 12, 2008           /s/ STEPHEN D. DEMIK
                       Federal Defenders of San Diego, Inc.
                       225 Broadway, Suite 900
                       San Diego, CA  92101-5030
                       (619) 234-8467  (tel)
                       (619) 687-2666  (fax)
                       Stephen_Demik@fd.org (email)